# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRMA PIMENTEL, dba MARISCOS EL TARASCO, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00692-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 11) |

Plaintiff initiated this action on June 6, 2025. (ECF No. 1.) An initial scheduling conference is currently set for October 30, 2025. (ECF No. 2.)

On August 14, 2025, the parties filed a stipulation to extend the deadline for Defendants Irma Pimentel, dba Mariscos El Tarasco; Manuel Pimentel Ramirez dba Mariscos El Tarasco; and Mthree-D Properties, LLC (collectively, "Defendants") to respond to the complaint, up to and including September 24, 2025. (ECF No. 11.) This is the parties' second stipulated extension. The requested extension does not affect the scheduling conference date.

For good cause shown, the Court hereby approves the stipulation. Defendants shall file and serve their response to Plaintiff's complaint **no later than September 24, 2025.**

IT IS SO ORDERED.

Dated: __August 15, 2025__　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1